# IN THE SUPREME COURT OF TEXAS

## NO. 13-0053

STATE OF TEXAS, PETITIONER

V.

CLEAR CHANNEL OUTDOOR, INC., RESPONDENT

## **CORRECTED MANDATE**

**To the Trial Court of Harris County, Greetings:**

Before our Supreme Court on April 24, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **13-0053** in the Supreme Court of Texas

No. **01-11-00197-CV** in the **First** Court of Appeals

No. **857472** in the **County Civil Court at Law No 3** of **Harris** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, the parties' briefs, and counsel's argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The case is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Petitioner Clear Channel Outdoor, Inc., shall recover, and respondent State of Texas shall pay, the costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the First District and to the District Court of Harris County, Texas, for observance.

FILE COPY

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 20th day of July, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk